IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CALVIN WASHINGTON,

        Petitioner,

                                 Case No. 5D22-1302

v.                             LT Case No. 2015-CF-2591-A

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed June 24, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael C. Nappi, Assistant
Regional Counsel, of Office of
Regional Criminal Conflict & Civil
Regional Counsel, Casselberry, for
Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Respondent.

PER CURIAM.

     The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

March 18, 2022 order denying the motion for postconviction relief, filed in Case No. 2015-CF-2591-A, Marion County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, HARRIS and WOZNIAK, JJ., concur.